```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        JACKSONVILLE DIVISION
```

WILLIAM HENRY ADAMS, III,
etc.; et al.,

                Plaintiffs,

v.                                  Case No. 3:12-cv-762-J-12JBT

SHERIFF OF DUVAL COUNTY,
et al.,

                Defendants.
_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This cause is before the Court upon Plaintiffs' Civil Rights Complaint Form (Doc. #1) (hereinafter Complaint), filed on July 5, 2012, pursuant to 42 U.S.C. § 1983. The Complaint has been submitted by two inmates incarcerated at the Duval County Jail, seeking to proceed *in forma pauperis* (hereinafter IFP) before this Court. The Eleventh Circuit has found that the Prison Litigation Reform Act "requires that each prisoner proceeding IFP pay the full filing fee[.]" Hubbard v. Haley, 262 F.3d 1194, 1198 (11th Cir. 2001), cert. denied, 534 U.S. 1136 (2002). In Hubbard, the multi-plaintiff action was dismissed, and the district court found that each plaintiff had to file a separate complaint and pay a separate filing fee. The Eleventh Circuit found the district court properly dismissed the multi-plaintiff action.

In light of Hubbard, the Court finds that this multi-plaintiff action should be dismissed without prejudice. Each Plaintiff must

file a separate complaint, execute an affidavit of indigency and file a prisoner consent form and financial certificate.

Accordingly, it is now

**ORDERED:**

1. This action is hereby **DISMISSED** without prejudice.

2. The **Clerk of Court** shall send each Plaintiff a "Civil Rights Complaint Form," an "Affidavit of Indigency" form, and a "Prisoner Consent Form and Financial Certificate." If Plaintiffs elect to refile their claims in separate actions, they may complete and submit these forms. Plaintiffs should not place this case number on the forms. The Clerk will assign separate case numbers if Plaintiffs elect to refile their claims. In refiling in separate cases, each Plaintiff shall **either** file a fully completed "Prisoner Consent Form and Financial Certificate" and "Affidavit of Indigency" **or** pay the $350.00 filing fee.

3. The Clerk of the Court shall enter judgment dismissing this case without prejudice and close this case.

**DONE AND ORDERED** this ___11th___ day of July, 2012.

                                             HOWELL W. MELTON
                                             United States District Judge

ps 7/11
c:
William Henry Adams, III
Howard Jesse Carroll